```
1    2
     SHERYL A. STRAIN
2    CHAPTER 7 TRUSTEE
     575 E. ALLUVIAL AVE., #101
3    FRESNO, CA  93720
     PHONE:  (559) 435-2100
4    FAX:      (559) 435-5656
```

FILED
January 09, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003999201

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | Case No.: 09-17315-A-7 |
| PETER A. PANETTA II | DC No.: SAS-1 |
| | **MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY** |
| Debtor. | Date:   February 8, 2012<br>Time:   9:00 A.M.<br>Dept:   A<br>Judge:  Honorable Whitney Rimel |

**TO THE HONORABLE WHITNEY RIMEL UNITED STATES BANKRUPTCY JUDGE:**

I, Sheryl A. Strain, as the duly appointed qualified, and acting Trustee of the above-entitled estate allege.

1. The above-captioned case was filed under Chapter 7 on July 31, 2009, and I was appointed Chapter 7 Trustee.

2. This Court has jurisdiction over this proceeding by virtue of U.S.C. §1334(a). This a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

3. Among the assets of this estate is the debtor's 00.4068% interest in Aliso Canyon Limited Partnership, a California Limited Partnership ("Aliso Canyon").

4. I have received an offer from Daniel Berlind to purchase the non-exempt equity in the debtor's interest in Aliso Canyon, for the total sum of Six Thousand and 00/100 Dollars ($6,000.00) cash. The total sum of $6,000.00 has been received by the estate, and deposited to an estate account.

5. In deciding to accept the proposed offer, I reviewed the 2009 and 2010 partnership returns of Aliso Canyon. I took into consideration the fair market value of the asset and the difficulties involved in selling a non-majority partnership interest.

6. I believe that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE,** I pray that after appropriate notice and opportunity to be heard, I be authorized to sell the above-described asset to Daniel Berlind for the total sum of $6,000.00,

Dated:   1/9/12                                                                 /s/ Sheryl A. Strain
                                                                                               Sheryl A. Strain
                                                                                               Chapter 7 Trustee

MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY